RONALD LABOW, TRUSTEE *v.* MYRNA LABOW

The defendant's petition for certification for appeal from the Appellate Court (AC 32229) is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*Myrna LaBow*, pro se, in support of the petition.

Decided September 22, 2010

ANDRE JOSEPH *v.* UNITED HEALTH CARE SERVICES, INC.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 32312) is denied.

*Andre Joseph*, pro se, in support of the petition.

*Lynn A. Kappelman*, in opposition.

Decided September 22, 2010

The plaintiffs' petition for certification for appeal from the Appellate Court, 122 Conn. App. 149 (AC 30232), is granted, limited to the following issues: